IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**DONALD CANTERBERY,**

    **Plaintiff,**

**v**.

**JOHN A. PETROVICH, M.D., et al.,**

    **Defendants.**                                      **Case No. 07-cv-584-DRH**

## ORDER

**HERNDON, District Judge:**

       The Court finds that the above-captioned case was previously filed in this Court under case number 06-cv-792-MJR-PMF. However, it was remanded to state court for lack of subject matter jurisdiction, namely diversity jurisdiction, pursuant to **28 U.S.C. § 1332** (Case No. 06-cv-792-MJR-PMF, Doc. 21). Now, Defendants have again removed this case upon the basis of diversity jurisdiction and the case has been assigned case number 07-cv-584-DRH-PMF. As this is the same exact case and because it is policy within the Southern District for cases to remain with their previously-assigned judges, the **Clerk** is hereby **DIRECTED TO REASSIGN** this case to the Honorable Judge Reagan to serve as presiding Judge for the remainder of the proceedings. Accordingly, the new case number shall be 07-cv-584-MJR-PMF.

       **IT IS SO ORDERED.**

       Signed this 20th day of August, 2007.

                                                   /s/       DavidRHerndon
                                                **United States District Judge**